**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RANDY MANGUM                                                                           PLAINTIFF

v.                                                 3:11-cv-00047-BRW-JTK

STATE OF ARKANSAS, et al.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ORDERED this 26th day of April, 2011.


                                                         /s/Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE